THOMAS A. PARETTA, Doing Business under the Name of THOMAS A. PARETTA Co., Respondent, *v.* WHITE ACRES REALTY CORP., Appellant, et al., Defendants.

Submitted June 1, 1953; decided June 5, 1953.

*Robert Goldstein* and *Max E. Greenberg* for motion.
*Irwin M. Levy* opposed.

Motion denied, with $10 costs. Appellant's brief is to be filed by August 1, 1953.